361

**No. 42981.**—Protest 986449–G of Leonard W. Moritz Co. (New York).

Opinion by Evans, J.   On the record presented the protest was overruled.

**No. 42982.**—Protest 951398–G of Louis Bronstein (New York).

Opinion by Evans, J.   On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, JANUARY 11, 1940

**No. 42983.**—Petition 5835–R of Charles Happel, Inc. (New York).

Opinion by Brown, J.   The petition was dismissed.

**No. 42984.**—Petitions 5831–R, etc., of Fred Haslam & Co., Inc. (New York).

Opinion by Brown, J.   The petitions were dismissed.

BEFORE THE SECOND DIVISION, JANUARY 11, 1940

**No. 42985.**—Protests 707668–G, etc., of Grand Gaslight, Inc., et al. (Baltimore, etc.).

Opinion by Dallinger, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 11, 1940

**No. 42986.**—Protests 886215–G, etc., of E. H. Silberman Paper Co. (New York).

Opinion by Evans, J.   It appeared that the chief use of the old cotton bagging in question is for paper making.   On the record presented the claim for free entry under paragraph 1750 was sustained.

**No. 42987.**—Protests 996516–G, etc., of Chinatown Emporium, Inc., et al. (New York).

Opinion by Keefe, J.   On the authority of Abstract 40933 the merchandise in question was held free of duty as joss stick under paragraph 1703 as claimed.

**No. 42988.**—Protest 993830–G of Hitt Flashcracka Co. (Seattle).

Opinion by Keefe, J.   It appeared that the merchandise is similar to that the subject of Abstract 42145.   The claim at 35 percent under paragraph 1413 was therefore sustained.